# EXHIBIT 2

# INVOICE





BEACON

SOLAR MIAMI BRANCH
BEACON SOLAR PRODUCTS
1152 SW 32ND WAY
DEERFIELD BEACH, FL 33442
Telephone: 954-246-2550

| | |
|---|---|
| INVOICE NO. | JT80357 |
| INVOICE DATE | 11/30/21 |
| DUE DATE | 12/30/21 |
| CUSTOMER NO. | 456612 |

**REMIT TO:**

**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**

SOLAR MIAMI BRANCH
BEACON SOLAR PRODUCTS
1152 SW 32ND WAY
DEERFIELD BEACH, FL 33442
Telephone: 954-246-2550

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 4721 NW 13TH ST | 7.000 | 999 \|SHOP | |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| SED6000HBNU4 | SED SE6000H SETAPP INVERTER<br>SE6000H-US000BNU4 | PC | 1 | 1255.0000 | 1,255.00 |
| IRIKOB1L01B1 | IRI TILE REPLACEMENT BASE<br>TILE REPLACEMENT BASE (INCL. 1 L-FOOT (BLACK), 1 LAG AND HARDWARE)<br>KOB-1L01-B1 | PC | 10 | 12.5200 | 125.20 |
| IRIKOFS01T1 | IRI TILE RPLCMNT FLASHING S TAN<br>KOF-S01-TI | PC | 10 | 13.1700 | 131.70 |
| IRIXR10BOSS01M1 | IRI BONDED SPLICE XR10 | PC | 4 | 4.2500 | 17.00 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

# THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 1528.90 | .00 | .00 | .00 | 1528.90 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| **INVOICE NO.** | JU41550 |
| **INVOICE DATE** | 11/30/21 |
| **DUE DATE** | 12/30/21 |
| **CUSTOMER NO.** | 456612 |

**REMIT TO:**

**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 448 1/2 LORENA | 9.500 | 999 \|SHOP | |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| IRIUFOSTP35MMM1 | IRI STOPPER SLEEVE 35MM MILL<br>UFO-STP-35MM-M1 | PC | 100 | 0.3100 | 31.00 |
| IRIUFOSTP40MMM1 | IRI STOPPER SLEEVE 40MM MILL<br>UFO-STP-40MM-M1 | PC | 100 | 0.3100 | 31.00 |
| IRIUFOCL01A1 | IRI UNIV MODULE CLAMP CLEAR<br>UFO-CL-01-A1 | PC | 200 | 1.9000 | 380.00 |
| SED5000HBNU4 | SED SE5000H SETAPP INVERTER<br>SE5000H-US000BNU4 | PC | 1 | 1190.0000 | 1,190.00 |
| IRIUFOSTP32MMB1 | IRI STOPPER SLEEVE 32MM BLACK<br>UFO-STP-32MM-B1 | PC | 100 | 0.4600 | 46.00 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 1678.00 | 159.42 | .00 | .00 | 1837.42 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



| | |
|---|---|
| INVOICE NO. | JU42047 |
| INVOICE DATE | 11/30/21 |
| DUE DATE | 12/30/21 |
| CUSTOMER NO. | 456612 |

BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**REMIT TO:**

**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 8114 VICTORIA AVE | 9.500 | 999 \|SHOP | PASCUAL |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| BCMSTFG114 | BCM SOLR TRM FL 26GA GALV 1-1/4 | PC | 21 | 7.4700 | 156.87 |
| URC004400C | URC 2PC ALUM STND OFF 4" CL AND 004400C | PC | 21 | 7.6600 | 160.86 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 317.73 | 30.18 | .00 | .00 | 347.91 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE





| | |
|---|---|
| INVOICE NO. | JU45708 |
| INVOICE DATE | 11/30/21 |
| DUE DATE | 12/30/21 |
| CUSTOMER NO. | 456612 |

**REMIT TO:**

**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**WAREHOUSE:**

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 39 RAMONA | 9.500 | 999 \|SHOP | BEBS |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| EPEXIQAM12403ES | EPE COMBINER WITHOUT MODEM<br>QITH IQ ENVOY PCB, 80A<br>INCLUDES 2X CT-200-SPLIT | PC | 1 | 545.0000 | 545.00 |
| CHLM11270WHT | CHL F1270 M-1 SEALANT WHITE TB<br>CHEMLINK 24 10.1 OZ TUBE/CARTON<br>F1270WH | TB | 24 | 6.4000 | 153.60 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 698.60 | 66.37 | .00 | .00 | 764.97 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE





BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| INVOICE NO. | JU22910 |
| INVOICE DATE | 11/29/21 |
| DUE DATE | 12/29/21 |
| CUSTOMER NO. | 456612 |

**REMIT TO:**

**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 5281 WELLER | 9.500 | 999 \|SHOP | |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| IRIUFOCL01A1 | IRI UNIV MODULE CLAMP CLEAR<br>UFO-CL-01-A1 | PC | 200 | 1.9000 | 380.00 |
| IRIXRLUG03A1 | IRI LOW PROFILE GROUNDING LUG<br>XR-LUG-03-A1 | PC | 100 | 4.6100 | 461.00 |
| IRIXR10168M | IRI XR10 RAIL 168" MILL<br>XR-10-168M | PC | 30 | 25.4700 | 764.10 |
| CHLM11270GRT | CHL F1270 M-1 SEALANT GRAY TB<br>CHEMLINK 24 10.1 OZ TUBE/CARTON<br>F1270GR | TB | 24 | 6.4000 | 153.60 |
| EPEXIQAM12403ES | EPE COMBINER WITHOUT MODEM<br>QITH IQ ENVOY PCB, 80A<br>INCLUDES 2X CT-200-SPLIT | PC | 1 | 545.0000 | 545.00 |
| URC004AT1S | URC SOLARHOOK FLAT SIDE MT AT1<br>004AT1S 30EA/BOX | EA | 90 | 6.6600 | 599.40 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

# THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 2903.10 | 275.80 | .00 | .00 | 3178.90 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



| | |
|---|---|
| INVOICE NO. | JU22914 |
| INVOICE DATE | 11/29/21 |
| DUE DATE | 12/29/21 |
| CUSTOMER NO. | 456612 |

BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**REMIT TO:**

**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 4446 DEANWOOD | 9.500 | 999 \|SHOP | ARNOLDO |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| SE1PVKST461F | SE1 MC4 FEMALE CONNECTOR 600V PV-KST4/61 | PC | 20 | 1.6800 | 33.60 |
| SE1PVKST461M | SE1 MC4 MALE CONNECTOR 600V PV-KST4/61 | PC | 20 | 1.4700 | 29.40 |
| IRIUFOCL01A1 | IRI UNIV MODULE CLAMP CLEAR UFO-CL-01-A1 | PC | 200 | 1.9000 | 380.00 |
| IRIXR10168M | IRI XR10 RAIL 168" MILL XR-10-168M | PC | 50 | 25.4700 | 1,273.50 |
| CHLM11270WHT | CHL F1270 M-1 SEALANT WHITE TB CHEMLINK 24 10.1 OZ TUBE/CARTON F1270WH | TB | 24 | 6.4000 | 153.60 |
| URC004055M | URC FLASHKIT PRO MILL 004055M | KIT | 100 | 6.3000 | 630.00 |
| SED6000HBNU4 | SED SE6000H SETAPP INVERTER SE6000H-US000BNU4 | PC | 1 | 1255.0000 | 1,255.00 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 3755.10 | 356.74 | .00 | .00 | 4111.84 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| INVOICE NO. | JU23874 |
| INVOICE DATE | 11/29/21 |
| DUE DATE | 12/29/21 |
| CUSTOMER NO. | 456612 |

**REMIT TO:**
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**
SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 2726 PACHECO | 9.500 | 999 \|SHOP | ARNOLDO |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| IRIUFOSTP35MMM1 | IRI STOPPER SLEEVE 35MM MILL UFO-STP-35MM-M1 | PC | 100 | 0.3100 | 31.00 |
| SE1PVKST461F | SE1 MC4 FEMALE CONNECTOR 600V PV-KST4/61 | PC | 30 | 1.6800 | 50.40 |
| SE1PVKST461M | SE1 MC4 MALE CONNECTOR 600V PV-KST4/61 | PC | 30 | 1.4700 | 44.10 |
| IRIUFOCL01A1 | IRI UNIV MODULE CLAMP CLEAR UFO-CL-01-A1 | PC | 200 | 1.9000 | 380.00 |
| IRIXR10168M | IRI XR10 RAIL 168" MILL XR-10-168M | PC | 44 | 25.4700 | 1,120.68 |
| URC004055M | URC FLASHKIT PRO MILL 004055M | KIT | 150 | 6.3000 | 945.00 |
| SED5000HBNU4 | SED SE5000H SETAPP INVERTER SE5000H-US000BNU4 | PC | 1 | 1190.0000 | 1,190.00 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

# THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 3761.18 | 357.31 | .00 | .00 | 4118.49 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| INVOICE NO. | JU24117 |
| INVOICE DATE | 11/29/21 |
| DUE DATE | 12/29/21 |
| CUSTOMER NO. | 456612 |

**REMIT TO:**
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**
SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 22661 CASS AVE | 9.500 | 999 \|SHOP | JUAN |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| IRIXR10168M | IRI XR10 RAIL 168" MILL<br>XR-10-168M | PC | 40 | 25.4700 | 1,018.80 |
| SED7600HBNU4 | SED SE7600H SETAPP INVERTER<br>SE7600H-US000BNU4 | PC | 1 | 1402.7600 | 1,402.76 |
| IRIXR10BOSS01M1 | IRI BONDED SPLICE XR10 | PC | 20 | 4.2500 | 85.00 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

# THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 2506.56 | 238.12 | .00 | .00 | 2744.68 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

Exhibit 2, p. 9

# INVOICE



BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| INVOICE NO. | JU25545 |
| INVOICE DATE | 11/29/21 |
| DUE DATE | 12/29/21 |
| CUSTOMER NO. | 456612 |

**REMIT TO:**

**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 9168 DE SOTO | 9.500 | 999 \|SHOP | BEBS |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| SEDP7305NC4ARX | SED+P730 730W OPTIMIZER<br>P730-5NC4ARX MOQ: 420<br>WITH MC4 CONNECTORS | EA | 80 | 61.9400 | 4,955.20 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 4955.20 | 470.74 | .00 | .00 | 5425.94 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| **INVOICE NO.** | JU25898 |
| **INVOICE DATE** | 11/29/21 |
| **DUE DATE** | 12/29/21 |
| **CUSTOMER NO.** | 456612 |

**REMIT TO:**

**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 1478 N PINE ST | 9.500 | 999 \|SHOP | PASCUAL |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| CHLM11270WHT | CHL F1270 M-1 SEALANT WHITE TB<br>CHEMLINK 24 10.1 OZ TUBE/CARTON<br>F1270WH | TB | 24 | 6.4000 | 153.60 |
| URC004055M | URC FLASHKIT PRO MILL<br>004055M | KIT | 200 | 6.3000 | 1,260.00 |
| SED6000HBNU4 | SED SE6000H SETAPP INVERTER<br>SE6000H-US000BNU4 | PC | 1 | 1255.0000 | 1,255.00 |
| AC6DU222RBNF | AC6 SWITCH 60A 2P 240V<br>DU222RB NONFUSIBLE | PC | 1 | 95.0000 | 95.00 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

# THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 2763.60 | 262.55 | .00 | .00 | 3026.15 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| **INVOICE NO.** | JU29683 |
| **INVOICE DATE** | 11/29/21 |
| **DUE DATE** | 12/29/21 |
| **CUSTOMER NO.** | 456612 |

**REMIT TO:**
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**
SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 5218 WELLER DR | 9.500 | 999 \|SHOP | FRANCISCO |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| IRITMFTL015 | IRI TILT LEG KIT 15" M/F<br>TM-FTL-015 | KIT | 10 | 26.3500 | 263.50 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 263.50 | 25.03 | .00 | .00 | 288.53 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| INVOICE NO. | JU33832 |
| INVOICE DATE | 11/29/21 |
| DUE DATE | 12/29/21 |
| CUSTOMER NO. | 456612 |

**REMIT TO:**

**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 534 COBB | 9.500 | 999 \|SHOP | BEBS |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| SED5000HBNU4 | SED SE5000H SETAPP INVERTER<br>SE5000H-US000BNU4 | PC | 1 | 1190.0000 | 1,190.00 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 1190.00 | 113.06 | .00 | .00 | 1303.06 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| **INVOICE NO.** | JU07526 |
| **INVOICE DATE** | 11/24/21 |
| **DUE DATE** | 12/24/21 |
| **CUSTOMER NO.** | 456612 |

**REMIT TO:**

**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 7401 CIVI AVE | 9.500 | 999 \|SHOP | FRANCISCO |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| IRIUFOSTP40MMM1 | IRI STOPPER SLEEVE 40MM MILL<br>UFO-STP-40MM-M1 | PC | 200 | 0.3100 | 62.00 |
| IRIUFOSTP35MMM1 | IRI STOPPER SLEEVE 35MM MILL<br>UFO-STP-35MM-M1 | PC | 200 | 0.3100 | 62.00 |
| IRIUFOCL01A1 | IRI UNIV MODULE CLAMP CLEAR<br>UFO-CL-01-A1 | PC | 400 | 1.9000 | 760.00 |
| IRIXR10168M | IRI XR10 RAIL 168" MILL<br>XR-10-168M | PC | 30 | 25.4700 | 764.10 |
| URC004055M | URC FLASHKIT PRO MILL<br>004055M | KIT | 150 | 6.3000 | 945.00 |
| SED5000HBNU4 | SED SE5000H SETAPP INVERTER<br>SE5000H-US000BNU4 | PC | 1 | 1190.0000 | 1,190.00 |
| URC004AT1S | URC SOLARHOOK FLAT SIDE MT AT1<br>004AT1S 30EA/BOX | EA | 90 | 6.6600 | 599.40 |
| URC004CT5S | URC SOLARHOOK UNIV SIDE MT CT5<br>004CT5S 30EA/BOX | EA | 60 | 8.0000 | 480.00 |
| IRIXR10BOSS01M1 | IRI BONDED SPLICE XR10 | PC | 40 | 4.2500 | 170.00 |
| AC6DU222RBNF | AC6 SWITCH 60A 2P 240V<br>DU222RB NONFUSIBLE | PC | 2 | 95.0000 | 190.00 |
| IRIUFOSTP32MMB1 | IRI STOPPER SLEEVE 32MM BLACK<br>UFO-STP-32MM-B1 | PC | 100 | 0.4600 | 46.00 |
| | ***********PLEASE CONFIRM PAYMENT ADDRESS*************<br>**BEACON BUILDING PRODUCTS**<br>**PO BOX 418527**<br>**BOSTON, MA 02241-8527** | | | | |

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 5268.50 | 500.51 | .00 | .00 | 5769.01 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| **INVOICE NO.** | JU12274 |
| **INVOICE DATE** | 11/24/21 |
| **DUE DATE** | 12/24/21 |
| **CUSTOMER NO.** | 456612 |

**REMIT TO:**

**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 11130 WYANDOTTE | 9.500 | 999 \|SHOP | JUAN |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| IRIUFOCL01A1 | IRI UNIV MODULE CLAMP CLEAR<br>UFO-CL-01-A1 | PC | 200 | 1.9000 | 380.00 |
| CHLM11270GRT | CHL F1270 M-1 SEALANT GRAY TB<br>CHEMLINK 24 10.1 OZ TUBE/CARTON<br>F1270GR | TB | 24 | 6.4000 | 153.60 |
| URC004055M | URC FLASHKIT PRO MILL<br>004055M | KIT | 150 | 6.3000 | 945.00 |
| URC004CT5S | URC SOLARHOOK UNIV SIDE MT CT5<br>004CT5S 30EA/BOX | EA | 120 | 8.0000 | 960.00 |
| IRIXR10BOSS01M1 | IRI BONDED SPLICE XR10 | PC | 40 | 4.2500 | 170.00 |
| IRIUFOSTP35MMM1 | IRI STOPPER SLEEVE 35MM MILL<br>UFO-STP-35MM-M1 | PC | 100 | 0.3100 | 31.00 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 2639.60 | 250.77 | .00 | .00 | 2890.37 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| INVOICE NO. | JT70089 |
| INVOICE DATE | 11/23/21 |
| DUE DATE | 12/23/21 |
| CUSTOMER NO. | 456612 |

**REMIT TO:**
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**
SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 55 PAQUINTA ESPANA | 9.500 | 999 \|SHOP | ARNOLDO |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| URC004CT5S | URC SOLARHOOK UNIV SIDE MT CT5 004CT5S 30EA/BOX | EA | 30 | 8.0000 | 240.00 |
| IRIXR10BOSS01M1 | IRI BONDED SPLICE XR10 | PC | 40 | 4.2500 | 170.00 |
| URC009020S | URC BONDING T-BLT 3/8"X3/4" 009020S 20PC | PKG | 3 | 14.1700 | 42.51 |
| TRIPF1A | TRI PIPE FLASHING 1" ALUM | PC | 2 | 14.4700 | 28.94 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 481.45 | 45.74 | .00 | .00 | 527.19 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| INVOICE NO. | JT75059 |
| INVOICE DATE | 11/23/21 |
| DUE DATE | 12/23/21 |
| CUSTOMER NO. | 456612 |

**REMIT TO:**
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**
SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 6943 JAMIESON | 9.500 | 999 \|SHOP | BEBS |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| SED7600HBNU4 | SED SE7600H SETAPP INVERTER<br>SE7600H-US000BNU4 | PC | 1 | 1402.7600 | 1,402.76 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 1402.76 | 133.26 | .00 | .00 | 1536.02 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| **INVOICE NO.** | JT88186 |
| **INVOICE DATE** | 11/23/21 |
| **DUE DATE** | 12/23/21 |
| **CUSTOMER NO.** | 456612 |

**REMIT TO:**
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**
SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 159 W 127TH | 9.500 | 999 \|SHOP | GERSON |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| CHLM11270GRT | CHL F1270 M-1 SEALANT GRAY TB<br>CHEMLINK 24 10.1 OZ TUBE/CARTON<br>F1270GR | TB | 24 | 6.4000 | 153.60 |
| URC004055M | URC FLASHKIT PRO MILL<br>004055M | KIT | 100 | 6.3000 | 630.00 |
| SED5000HBNU4 | SED SE5000H SETAPP INVERTER<br>SE5000H-US000BNU4 | PC | 1 | 1190.0000 | 1,190.00 |
| IRIXR10BOSS01M1 | IRI BONDED SPLICE XR10 | PC | 20 | 4.2500 | 85.00 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 2058.60 | 195.57 | .00 | .00 | 2254.17 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| INVOICE NO. | JT89083 |
| INVOICE DATE | 11/23/21 |
| DUE DATE | 12/23/21 |
| CUSTOMER NO. | 456612 |

**REMIT TO:**
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**
SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 17038 ITASCA ST | 9.500 | 999 \|SHOP | JUAN |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| IRIUFOCL01A1 | IRI UNIV MODULE CLAMP CLEAR<br>UFO-CL-01-A1 | PC | 200 | 1.9000 | 380.00 |
| IRIXR10168M | IRI XR10 RAIL 168" MILL<br>XR-10-168M | PC | 60 | 25.4700 | 1,528.20 |
| CHLM11270GRT | CHL F1270 M-1 SEALANT GRAY TB<br>CHEMLINK 24 10.1 OZ TUBE/CARTON<br>F1270GR | TB | 24 | 6.4000 | 153.60 |
| EPEXIQAM12403ES | EPE COMBINER WITHOUT MODEM<br>QITH IQ ENVOY PCB, 80A<br>INCLUDES 2X CT-200-SPLIT | PC | 1 | 545.0000 | 545.00 |
| URC004AT1S | URC SOLARHOOK FLAT SIDE MT AT1<br>004AT1S 30EA/BOX | EA | 120 | 6.6600 | 799.20 |
| IRIXR10BOSS01M1 | IRI BONDED SPLICE XR10 | PC | 20 | 4.2500 | 85.00 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

# THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 3491.00 | 331.65 | .00 | .00 | 3822.65 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| INVOICE NO. | JT97606 |
| INVOICE DATE | 11/23/21 |
| DUE DATE | 12/23/21 |
| CUSTOMER NO. | 456612 |

**REMIT TO:**
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**
SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 859 E AVE J6 | 9.500 | 999 \|SHOP | BEBS |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| SED3800HBNU4 | SED SE3800H SETAPP INVERTER<br>SE3800H-US000BNU4 | PC | 2 | 990.0000 | 1,980.00 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 1980.00 | 188.10 | .00 | .00 | 2168.10 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR MIAMI BRANCH
BEACON SOLAR PRODUCTS
1152 SW 32ND WAY
DEERFIELD BEACH, FL 33442
Telephone: 954-246-2550

| | |
|---|---|
| INVOICE NO. | JS70886 |
| INVOICE DATE | 11/22/21 |
| DUE DATE | 12/22/21 |
| CUSTOMER NO. | 456612 |

**REMIT TO:**

**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**

SOLAR MIAMI BRANCH
BEACON SOLAR PRODUCTS
1152 SW 32ND WAY
DEERFIELD BEACH, FL 33442
Telephone: 954-246-2550

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | OUR TRUCK | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 10460 NW 48TH ST | 9.500 | 999 \|SHOP | |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| SNGSL4060B3551K | SNG SL40-60MBI 355W 1000V BLACK<br>M6 MONO PERC 9BB HALF<br>MOQ: 780 60-CELL<br>1,000V: SL40-60MBI-355V<br>SILVER BUS | PC | 28 | 167.1000 | 4,678.80 |
| SED7600HBNU4 | SED SE7600H SETAPP INVERTER<br>SE7600H-US000BNU4 | PC | 1 | 1402.7600 | 1,402.76 |
| SEDP400 | SED P400 400W OPTIMIZER<br>P400 BOX OF 20, 840/PALLET | EA | 28 | 61.5100 | 1,722.28 |
| IRIXR10168A | IRI XR10 RAIL 168" CLEAR<br>XR-10-168A | PC | 14 | 31.4900 | 440.86 |
| IRIXR10204A | IRI XR10 RAIL 204" CLEAR<br>XR-10-204A | PC | 6 | 38.1900 | 229.14 |
| IRIXR10BOSS01M1 | IRI BONDED SPLICE XR10 | PC | 10 | 4.2500 | 42.50 |
| IRIUFOCL01B1 | IRI UNIV MODULE CLAMP BLACK<br>UFO-CL-01-B1 | PC | 66 | 2.7500 | 181.50 |
| IRIUFOSTP35MMB1 | IRI STOPPER SLEEVE 35MM BLACK<br>UFO-STP-35MM-B1 | PC | 20 | 0.4600 | 9.20 |
| IRIXRLUG03A1 | IRI LOW PROFILE GROUNDING LUG<br>XR-LUG-03-A1 | PC | 5 | 4.6100 | 23.05 |
| IRIKOB1L01B1 | IRI TILE REPLACEMENT BASE<br>TILE REPLACEMENT BASE (INCL. 1<br>L-FOOT (BLACK), 1 LAG AND<br>HARDWARE)<br>KOB-1L01-B1 | PC | 66 | 12.5200 | 826.32 |
| IRIKOFS01T1 | IRI TILE RPLCMNT FLASHING S TAN | PC | 66 | 13.1700 | 869.22 |

RECEIVED BY

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR MIAMI BRANCH
BEACON SOLAR PRODUCTS
1152 SW 32ND WAY
DEERFIELD BEACH, FL 33442
Telephone: 954-246-2550

| | |
|---|---|
| **INVOICE NO.** | JS70886 |
| **INVOICE DATE** | 11/22/21 |
| **DUE DATE** | 12/22/21 |
| **CUSTOMER NO.** | 456612 |

**REMIT TO:**

**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**

SOLAR MIAMI BRANCH
BEACON SOLAR PRODUCTS
1152 SW 32ND WAY
DEERFIELD BEACH, FL 33442
Telephone: 954-246-2550

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | OUR TRUCK | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 10460 NW 48TH ST | 9.500 | 999 \|SHOP | |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | KOF-S01-TI | | | | |
| IRIBHWSQ02A1 | IRI SQ BOLT BONDING HARDWARE BHW-SQ-02-A1 | PC | 66 | 1.5900 | 104.94 |
| IRIBHWM101A1 | IRI MICROINVERTR T-BOLT BONDING BHW-M1-01-A1 HARDWARE | PC | 28 | 1.1300 | 31.64 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 10562.21 | .00 | .00 | 95.00 | 10657.21 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| INVOICE NO. | JT69270 |
| INVOICE DATE | 11/22/21 |
| DUE DATE | 12/22/21 |
| CUSTOMER NO. | 456612 |

**REMIT TO:**
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**
SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 28458 VICTORIA | 9.500 | 999 \|SHOP | PASCUAL |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| SE1PVKST461F | SE1 MC4 FEMALE CONNECTOR 600V PV-KST4/61 | PC | 20 | 1.6800 | 33.60 |
| SE1PVKST461M | SE1 MC4 MALE CONNECTOR 600V PV-KST4/61 | PC | 20 | 1.4700 | 29.40 |
| IRIUFOCL01A1 | IRI UNIV MODULE CLAMP CLEAR UFO-CL-01-A1 | PC | 200 | 1.9000 | 380.00 |
| IRIXR10168M | IRI XR10 RAIL 168" MILL XR-10-168M | PC | 70 | 25.4700 | 1,782.90 |
| CHLM11270WHT | CHL F1270 M-1 SEALANT WHITE TB CHEMLINK 24 10.1 OZ TUBE/CARTON F1270WH | TB | 24 | 6.4000 | 153.60 |
| URC004055M | URC FLASHKIT PRO MILL 004055M | KIT | 80 | 6.3000 | 504.00 |
| URC004AT1S | URC SOLARHOOK FLAT SIDE MT AT1 004AT1S 30EA/BOX | EA | 90 | 6.6600 | 599.40 |
| | ***********PLEASE CONFIRM PAYMENT ADDRESS************* **BEACON BUILDING PRODUCTS** **PO BOX 418527** **BOSTON, MA 02241-8527** | | | | |

# THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 3482.90 | 330.88 | .00 | .00 | 3813.78 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| INVOICE NO. | JT49867 |
| INVOICE DATE | 11/19/21 |
| DUE DATE | 12/19/21 |
| CUSTOMER NO. | 456612 |

**REMIT TO:**

**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 2744 W AVENUE O-4 | 9.500 | 999 \|SHOP | |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| TRIPF1A | TRI PIPE FLASHING 1" ALUM | PC | 2 | 14.4700 | 28.94 |
| URC004CT5S | URC SOLARHOOK UNIV SIDE MT CT5<br>004CT5S 30EA/BOX | EA | 30 | 8.0000 | 240.00 |
| URC004AT1S | URC SOLARHOOK FLAT SIDE MT AT1<br>004AT1S 30EA/BOX | EA | 30 | 6.6600 | 199.80 |
| URC009020S | URC BONDING T-BLT 3/8"X3/4"<br>009020S 20PC | PKG | 3 | 14.1700 | 42.51 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 511.25 | 48.57 | .00 | .00 | 559.82 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| **INVOICE NO.** | JT49939 |
| **INVOICE DATE** | 11/19/21 |
| **DUE DATE** | 12/19/21 |
| **CUSTOMER NO.** | 456612 |

**REMIT TO:**
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**
SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 5440 VIA DELARRO | 9.500 | 999 \|SHOP | FRANCISCO |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| IRIXR10168M | IRI XR10 RAIL 168" MILL<br>XR-10-168M | PC | 24 | 25.4700 | 611.28 |
| URC004055M | URC FLASHKIT PRO MILL<br>004055M | KIT | 100 | 6.3000 | 630.00 |
| URC004CT5S | URC SOLARHOOK UNIV SIDE MT CT5<br>004CT5S 30EA/BOX | EA | 60 | 8.0000 | 480.00 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 1721.28 | 163.53 | .00 | .00 | 1884.81 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| INVOICE NO. | JT32323 |
| INVOICE DATE | 11/18/21 |
| DUE DATE | 12/18/21 |
| CUSTOMER NO. | 456612 |

**REMIT TO:**

**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 16016 LA LINDURA | 9.500 | 999 \|SHOP | GERSON |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| EPEXIQAM12403ES | EPE COMBINER WITHOUT MODEM QITH IQ ENVOY PCB, 80A INCLUDES 2X CT-200-SPLIT | PC | 1 | 545.0000 | 545.00 |
| URC009020S | URC BONDING T-BLT 3/8"X3/4" 009020S 20PC | PKG | 5 | 14.1700 | 70.85 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 615.85 | 58.51 | .00 | .00 | 674.36 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| INVOICE NO. | JT32423 |
| INVOICE DATE | 11/18/21 |
| DUE DATE | 12/18/21 |
| CUSTOMER NO. | 456612 |

**REMIT TO:**

**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 13233 MCCORMACK ST | 9.500 | 999 \|SHOP | MARIO |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| IRIXR10BOSS01M1 | IRI BONDED SPLICE XR10 | PC | 10 | 4.2500 | 42.50 |
| QMPQMCPC | QMP QMCPC A 12 CONDUIT FLS MILL FLASH | EA | 3 | 9.2500 | 27.75 |

***********PLEASE CONFIRM PAYMENT ADDRESS************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 70.25 | 6.68 | .00 | .00 | 76.93 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| **INVOICE NO.** | JT32863 |
| **INVOICE DATE** | 11/18/21 |
| **DUE DATE** | 12/18/21 |
| **CUSTOMER NO.** | 456612 |

**REMIT TO:**

**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 5926 ROD AVE | 9.500 | 999 \|SHOP | BEBS |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| SED3800HBNU4 | SED SE3800H SETAPP INVERTER<br>SE3800H-US000BNU4 | PC | 1 | 990.0000 | 990.00 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

# THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 990.00 | 94.06 | .00 | .00 | 1084.06 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR MIAMI BRANCH
BEACON SOLAR PRODUCTS
1152 SW 32ND WAY
DEERFIELD BEACH, FL 33442
Telephone: 954-246-2550

| | |
|---|---|
| INVOICE NO. | JT01567 |
| INVOICE DATE | 11/17/21 |
| DUE DATE | 12/17/21 |
| CUSTOMER NO. | 456612 |

**REMIT TO:**
BEACON BUILDING PRODUCTS
PO BOX 418527
BOSTON, MA 02241-8527

**WAREHOUSE:**
SOLAR MIAMI BRANCH
BEACON SOLAR PRODUCTS
1152 SW 32ND WAY
DEERFIELD BEACH, FL 33442
Telephone: 954-246-2550

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

SOUTHWEST SOLAR (042)
4721 NW 13th St
Lauderhill, FL 33313

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | OUR TRUCK | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 4721 NW 13TH ST | 7.000 | 999 \|SHOP | |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| SNGSL4060B3551K | SNG SL40-60MBI 355W 1000V BLACK<br>M6 MONO PERC 9BB HALF<br>MOQ: 780 60-CELL<br>1,000V: SL40-60MBI-355V<br>SILVER BUS | PC | 18 | 167.1000 | 3,007.80 |
| SED5000HBNU4 | SED SE5000H SETAPP INVERTER<br>SE5000H-US000BNU4 | PC | 1 | 1150.3500 | 1,150.35 |
| SEDP400 | SED P400 400W OPTIMIZER<br>P400 BOX OF 20, 840/PALLET | EA | 18 | 61.5100 | 1,107.18 |
| IRIXR10168A | IRI XR10 RAIL 168" CLEAR<br>XR-10-168A | PC | 12 | 31.4900 | 377.88 |
| IRIXR10BOSS01M1 | IRI BONDED SPLICE XR10 | PC | 6 | 4.2500 | 25.50 |
| IRIUFOCL01B1 | IRI UNIV MODULE CLAMP BLACK<br>UFO-CL-01-B1 | PC | 42 | 2.7500 | 115.50 |
| IRIUFOSTP35MMB1 | IRI STOPPER SLEEVE 35MM BLACK<br>UFO-STP-35MM-B1 | PC | 12 | 0.4600 | 5.52 |
| IRIXRLUG03A1 | IRI LOW PROFILE GROUNDING LUG<br>XR-LUG-03-A1 | PC | 3 | 4.6100 | 13.83 |
| IRIFF201M2 | IRI FF2-01-M2 FLASH FOOT 2 MILL<br>LOT QTY 20 | PC | 34 | 8.8000 | 299.20 |
| IRIBHWSQ02A1 | IRI SQ BOLT BONDING HARDWARE<br>BHW-SQ-02-A1 | PC | 34 | 1.5900 | 54.06 |
| IRIBHWM101A1 | IRI MICROINVERTR T-BOLT BONDING<br>BHW-M1-01-A1 HARDWARE | PC | 18 | 1.1300 | 20.34 |
| HTC59603942 | SOLAR LABEL VALUE PACK | KIT | 1 | 29.7600 | 29.76 |

RECEIVED BY

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR MIAMI BRANCH
BEACON SOLAR PRODUCTS
1152 SW 32ND WAY
DEERFIELD BEACH, FL 33442
Telephone: 954-246-2550

| | |
|---|---|
| INVOICE NO. | JT01567 |
| INVOICE DATE | 11/17/21 |
| DUE DATE | 12/17/21 |
| CUSTOMER NO. | 456612 |

**REMIT TO:**

**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**

SOLAR MIAMI BRANCH
BEACON SOLAR PRODUCTS
1152 SW 32ND WAY
DEERFIELD BEACH, FL 33442
Telephone: 954-246-2550

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

SOUTHWEST SOLAR (042)
4721 NW 13th St
Lauderhill, FL 33313

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | OUR TRUCK | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 4721 NW 13TH ST | 7.000 | 999 \|SHOP | |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | NEC2017<br>RED/ORANGE 45/KIT | | | | |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 6206.92 | .00 | .00 | 95.00 | 6301.92 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



| | |
|---|---|
| INVOICE NO. | JT11614 |
| INVOICE DATE | 11/17/21 |
| DUE DATE | 12/17/21 |
| CUSTOMER NO. | 456612 |

BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**REMIT TO:**

**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 7031 ZELZAH | 9.500 | 999 \|SHOP | BEBS |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| SED3800HBNU4 | SED SE3800H SETAPP INVERTER<br>SE3800H-US000BNU4 | PC | 1 | 953.9500 | 953.95 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 953.95 | 90.62 | .00 | .00 | 1044.57 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| **INVOICE NO.** | JT12231 |
| **INVOICE DATE** | 11/17/21 |
| **DUE DATE** | 12/17/21 |
| **CUSTOMER NO.** | 456612 |

**REMIT TO:**

**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 3521 STILLMEADOW | 9.500 | 999 \|SHOP | GERSON |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| IRIUFOCL01A1 | IRI UNIV MODULE CLAMP CLEAR<br>UFO-CL-01-A1 | PC | 400 | 1.9000 | 760.00 |
| IRIXR10168M | IRI XR10 RAIL 168" MILL<br>XR-10-168M | PC | 50 | 25.4700 | 1,273.50 |
| CHLM11270GRT | CHL F1270 M-1 SEALANT GRAY TB<br>CHEMLINK 24 10.1 OZ TUBE/CARTON<br>F1270GR | TB | 24 | 6.4000 | 153.60 |
| URC004055M | URC FLASHKIT PRO MILL<br>004055M | KIT | 100 | 6.3000 | 630.00 |
| TRIPF1A | TRI PIPE FLASHING 1" ALUM | PC | 5 | 14.4700 | 72.35 |
| URC004CT5S | URC SOLARHOOK UNIV SIDE MT CT5<br>004CT5S 30EA/BOX | EA | 30 | 8.0000 | 240.00 |

**********PLEASE CONFIRM PAYMENT ADDRESS************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 3129.45 | 297.30 | .00 | .00 | 3426.75 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE





BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| **INVOICE NO.** | JS92121 |
| **INVOICE DATE** | 11/16/21 |
| **DUE DATE** | 12/16/21 |
| **CUSTOMER NO.** | 456612 |

**REMIT TO:**

**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 37440 10TH ST W | 9.500 | 999 \|SHOP | FRANCISCO |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| SE1PVKST461F | SE1 MC4 FEMALE CONNECTOR 600V<br>PV-KST4/61 | PC | 16 | 1.6800 | 26.88 |
| SE1PVKST461M | SE1 MC4 MALE CONNECTOR 600V<br>PV-KST4/61 | PC | 40 | 1.4700 | 58.80 |
| IRIXR10168M | IRI XR10 RAIL 168" MILL<br>XR-10-168M | PC | 40 | 25.4700 | 1,018.80 |
| CHLM11270GRT | CHL F1270 M-1 SEALANT GRAY TB<br>CHEMLINK 24 10.1 OZ TUBE/CARTON<br>F1270GR | TB | 24 | 6.4000 | 153.60 |
| URC004055M | URC FLASHKIT PRO MILL<br>004055M | KIT | 150 | 6.3000 | 945.00 |
| IRIXR10BOSS01M1 | IRI BONDED SPLICE XR10 | PC | 20 | 4.2500 | 85.00 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

# THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 2288.08 | 217.36 | .00 | .00 | 2505.44 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.

# INVOICE



BEACON

SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

| | |
|---|---|
| **INVOICE NO.** | JS92637 |
| **INVOICE DATE** | 11/16/21 |
| **DUE DATE** | 12/16/21 |
| **CUSTOMER NO.** | 456612 |

**REMIT TO:**
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

**WAREHOUSE:**
SOLAR SOCAL BRANCH
BEACON SOLAR PRODUCTS
21026 NORDHOFF STREET
CHATSWORTH, CA 91311-5910
Telephone: 747-900-4009

**SOLD TO:**

SOUTHWEST SOLAR (042)
13407 SATICOY ST
NORTH HOLLYWOOD, CA 91605

**SHIP TO:**

Customer Pickup

| SLS | SHIP VIA | TERMS |
|---|---|---|
| 05G | PICKUP | NET 30 DAYS |

| CUSTOMER PURCHASE ORDER NO. | TAX | JOB # AND NAME | ORDERED BY |
|---|---|---|---|
| 1619 OAK DR | 9.500 | 999 \|SHOP | ARNOLDO |

| PRODUCT | DESCRIPTION | U/M | QUANTITY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| IRIUFOSTP35MMM1 | IRI STOPPER SLEEVE 35MM MILL<br>UFO-STP-35MM-M1 | PC | 100 | 0.3100 | 31.00 |
| IRIUFOCL01A1 | IRI UNIV MODULE CLAMP CLEAR<br>UFO-CL-01-A1 | PC | 200 | 1.9000 | 380.00 |
| SED6000HBNU4 | SED SE6000H SETAPP INVERTER<br>SE6000H-US000BNU4 | PC | 1 | 1200.8300 | 1,200.83 |
| URC004CT5S | URC SOLARHOOK UNIV SIDE MT CT5<br>004CT5S 30EA/BOX | EA | 30 | 8.0000 | 240.00 |

***********PLEASE CONFIRM PAYMENT ADDRESS*************
**BEACON BUILDING PRODUCTS**
**PO BOX 418527**
**BOSTON, MA 02241-8527**

THANK YOU FOR YOUR BUSINESS

RECEIVED BY

| SUB-TOTAL | TAX | HANDLING/RESTOCK | SHIPPING | TOTAL AMOUNT |
|---|---|---|---|---|
| 1851.83 | 175.93 | .00 | .00 | 2027.76 |

THIS SALE IS SUBJECT TO THE TERMS AND CONDITIONS AND RETURN POLICY FOUND AT https://www.becn.com/terms-and-conditions-of-sale.
BUYER ACKNOWLEDGES AGREEING TO SUCH TERMS AND CONDITIONS AND RETURN POLICY.