# EXHIBIT 4

# STATEMENT

Exhibit 4, p. 1



BEACON

| STATEMENT DATE | 02/28/22 |
|---|---|
| CUSTOMER NO. | 456612 |

A - Adjustment
C - CR Memo
D - DR Memo
I - Invoice
P - Payment
S - Serv Chg
W - Write Off
U - Unapp Cash

**BILL TO:**

SOUTHWEST SOLAR (042)
9752 ETON AVE
CHATSWORTH, CA 91311

**REMIT TO:**

Tel: 844-523-6514
BEACON BUILDING PRODUCTS
PO BOX 418527
BOSTON, MA 02241-8527

| TRANS # | REFERENCE NUMBER | JOB NAME | TRANS DATE | DUE DATE | TYPE | ORIG AMOUNT | BALANCE DUE | RUNNING BALANCE | DISC AMOUNT | DISC DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| JS92121 | 37440 10TH ST W | SHOP | 11/16/21 | 12/16/21 | I | 2,505.44 | 1,364.57 | 1,364.57 | | 11/16/21 |
| | | PAY ON ACCT - OLD | TO NEW | | | | | | | |
| JS92637 | 1619 OAK DR | SHOP | 11/16/21 | 12/16/21 | I | 2,027.76 | 2,027.76 | 3,392.33 | | 11/16/21 |
| JT01567 | 4721 NW 13TH ST | SHOP | 11/17/21 | 12/17/21 | I | 6,301.92 | 6,301.92 | 9,694.25 | | 11/17/21 |
| JT11614 | 7031 ZELZAH | SHOP | 11/17/21 | 12/17/21 | I | 1,044.57 | 1,044.57 | 10,738.82 | | 11/17/21 |
| JT12231 | 3521 STILLMEADO | SHOP | 11/17/21 | 12/17/21 | I | 3,426.75 | 3,426.75 | 14,165.57 | | 11/17/21 |
| JT32323 | 16016 LA LINDUR | SHOP | 11/18/21 | 12/18/21 | I | 674.36 | 674.36 | 14,839.93 | | 11/18/21 |
| JT32423 | 13233 MCCORMACK | SHOP | 11/18/21 | 12/18/21 | I | 76.93 | 76.93 | 14,916.86 | | 11/18/21 |
| JT32863 | 5926 ROD AVE | SHOP | 11/18/21 | 12/18/21 | I | 1,084.06 | 1,084.06 | 16,000.92 | | 11/18/21 |
| JT49867 | 2744 W AVENUE O | SHOP | 11/19/21 | 12/19/21 | I | 559.82 | 559.82 | 16,560.74 | | 11/19/21 |
| JT49939 | 5440 VIA DELARR | SHOP | 11/19/21 | 12/19/21 | I | 1,884.81 | 1,884.81 | 18,445.55 | | 11/19/21 |
| JT52912 | 4721 NW 13TH ST | SHOP | 11/19/21 | 12/19/21 | C | 1,150.35- | 1,150.35- | 17,295.20 | | 11/19/21 |
| JS70886 | 10460 NW 48TH S | SHOP | 11/22/21 | 12/22/21 | I | 10,657.21 | 10,657.21 | 27,952.41 | | 11/22/21 |
| JT69270 | 28458 VICTORIA | SHOP | 11/22/21 | 12/22/21 | I | 3,813.78 | 3,813.78 | 31,766.19 | | 11/22/21 |
| JT70089 | 55 PAQUINTA ESP | SHOP | 11/23/21 | 12/23/21 | I | 527.19 | 527.19 | 32,293.38 | | 11/23/21 |
| JT75059 | 6943 JAMIESON | SHOP | 11/23/21 | 12/23/21 | I | 1,536.02 | 1,536.02 | 33,829.40 | | 11/23/21 |
| JT88186 | 159 W 127TH | SHOP | 11/23/21 | 12/23/21 | I | 2,254.17 | 2,254.17 | 36,083.57 | | 11/23/21 |
| JT89083 | 17038 ITASCA ST | SHOP | 11/23/21 | 12/23/21 | I | 3,822.65 | 3,822.65 | 39,906.22 | | 11/23/21 |
| JT97606 | 859 E AVE J6 | SHOP | 11/23/21 | 12/23/21 | I | 2,168.10 | 2,168.10 | 42,074.32 | | 11/23/21 |
| JU07526 | 7401 CIVI AVE | SHOP | 11/24/21 | 12/24/21 | I | 5,769.01 | 5,769.01 | 47,843.33 | | 11/24/21 |
| JU12274 | 11130 WYANDOTTE | SHOP | 11/24/21 | 12/24/21 | I | 2,890.37 | 2,890.37 | 50,733.70 | | 11/24/21 |
| JU22910 | 5281 WELLER | SHOP | 11/29/21 | 12/29/21 | I | 3,178.90 | 3,178.90 | 53,912.60 | | 11/29/21 |
| JU22914 | 4446 DEANWOOD | SHOP | 11/29/21 | 12/29/21 | I | 4,111.84 | 4,111.84 | 58,024.44 | | 11/29/21 |
| JU23874 | 2726 PACHECO | SHOP | 11/29/21 | 12/29/21 | I | 4,118.49 | 4,118.49 | 62,142.93 | | 11/29/21 |
| JU24117 | 22661 CASS AVE | SHOP | 11/29/21 | 12/29/21 | I | 2,744.68 | 2,744.68 | 64,887.61 | | 11/29/21 |
| JU25545 | 9168 DE SOTO | SHOP | 11/29/21 | 12/29/21 | I | 5,425.94 | 5,425.94 | 70,313.55 | | 11/29/21 |
| JU25898 | 1478 N PINE ST | SHOP | 11/29/21 | 12/29/21 | I | 3,026.15 | 3,026.15 | 73,339.70 | | 11/29/21 |

| CURRENT | 1 - 30 DAYS PAST | 31 - 60 DAYS PAST | 61+ PAST DUE | UNAPPLIED CASH |
|---|---|---|---|---|
| | | | | |

| TOTAL DUE | CONTINUED |
|---|---|

# STATEMENT



BEACON

| STATEMENT DATE | 02/28/22 |
|---|---|
| CUSTOMER NO. | 456612 |

A - Adjustment
C - CR Memo
D - DR Memo
I - Invoice
P - Payment
S - Serv Chg
W - Write Off
U - Unapp Cash

**BILL TO:**

SOUTHWEST SOLAR (042)
9752 ETON AVE
CHATSWORTH, CA 91311

**REMIT TO:**

Tel: 844-523-6514

BEACON BUILDING PRODUCTS
PO BOX 418527
BOSTON, MA 02241-8527

| TRANS # | REFERENCE NUMBER | JOB NAME | TRANS DATE | DUE DATE | TYPE | ORIG AMOUNT | BALANCE DUE | RUNNING BALANCE | DISC AMOUNT | DISC DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| JU29683 | 5218 WELLER DR | SHOP | 11/29/21 | 12/29/21 | I | 288.53 | 288.53 | 73,628.23 | | 11/29/21 |
| JU33832 | 534 COBB | SHOP | 11/29/21 | 12/29/21 | I | 1,303.06 | 1,303.06 | 74,931.29 | | 11/29/21 |
| JT80357 | 4721 NW 13TH ST | SHOP | 11/30/21 | 12/30/21 | I | 1,528.90 | 1,528.90 | 76,460.19 | | 11/30/21 |
| JU41550 | 448 1/2 LORENA | SHOP | 11/30/21 | 12/30/21 | I | 1,837.42 | 1,837.42 | 78,297.61 | | 11/30/21 |
| JU42047 | 8114 VICTORIA A | SHOP | 11/30/21 | 12/30/21 | I | 347.91 | 347.91 | 78,645.52 | | 11/30/21 |
| JU45708 | 39 RAMONA | SHOP | 11/30/21 | 12/30/21 | I | 764.97 | 764.97 | 79,410.49 | | 11/30/21 |
| SC89487 | | | 01/31/22 | 03/02/22 | S | 1,266.16 | 1,266.16 | 80,676.65 | | 01/31/22 |
| SC90661 | | | 02/28/22 | 03/30/22 | S | 1,191.16 | 1,191.16 | 81,867.81 | | 02/28/22 |

THANK YOU FOR YOUR BUSINESS

SIGN UP NOW FOR 24/7 ONLINE ACCOUNT ACCESS
844.523.6514 OR CUSTOMERCARE-1@BECN.COM TO ENROLL

| CURRENT | 1 - 30 DAYS PAST | 31 - 60 DAYS PAST | 61+ PAST DUE | UNAPPLIED CASH |
|---|---|---|---|---|
| 2,457.32 | 0.00 | 0.00 | 79,410.49 | 0.00 |

| TOTAL DUE | $81,867.81 |
|---|---|